# EXHIBIT 3

6024

# IN THE DISTRICT COURT OF LOGAN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| SUPERMART #7, | ) |
| Plaintiff, | ) ) ) |
| versus | ) Case No. CJ-2014-113 |
| NORTH STAR MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

*OKLAHOMA INSURANCE DEPARTMENT RECEIVED SEP 2 2 2014 Legal Division*

To the above-named Defendant:   North Star Mutual Insurance Company
c/o Oklahoma Insurance Department
5 Corporate Plaza
3625 N.W. 56th Street, Suite 100
Oklahoma City, OK 73112
Attn: Maria Torres

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff(s).

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this ___ day of September, 2014.    REJEANIA ZMEK
COURT CLERK,
_____
Deputy Court Clerk

(Seal)
Attorney for Plaintiff(s):
Name:   J. Drew Houghton, OBA #18080
Address:   P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 232-8080
This Summons was served/mailed on 9/18/2014 _____

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## RETURN OF SERVICE BY SHERIFF (PERSONAL SERVICE)

I certify that I received the foregoing Summons on the_____day of_____, 20___, and that I delivered a copy of said Summons with a copy of the Petition to each of the following named Defendant(s) personally in_____County at the address and on the date set forth opposite each name, to-wit:

NAME OF DEFENDANT          ADDRESS          DATE OF SERVICE

_____    _____  _____

### USUAL PLACE OF RESIDENCE

I ce tify that I received the foregoing Summons on this_____day of _____, 20____. I served_____by leaving a copy of said Summons with a copy of the Petition attached at _____ which is his/her usual place of residence with_____, a member of his/her family fifteen (15) years of age or older.

### CORPORATION RETURN

Received this Summons this_____day of_____, 20___, and as commanded therein, I Summoned the within_____  named  Defendant,  as  follows,  to-wit:_____, a corporation, on the_____day of_____, 20__, by delivering a true and correct copy of the Petition to_____, being the _____of said Corporation, and the_____, President, Vice-President, Secretary, Treasurer or other chief officer not being found in said County.

### NOT FOUND

Received this Summons this_____day of_____, 20___, I certify that the following persons of the Defendant_____within   named   not   found   in County:_____.

### FEES

Fee for service $_____. Mileage_____. Total_____. Dated this_____day of_____, 20___.

_____, Sheriff

By:_____, Deputy

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant(s) at the addresses shown by certified mail, addressee only, return receipt requested on this_____day of_____, 20____, and receipt thereof on the date shown.

DEFENDANT          ADDRESS WHERE SERVED          DATE RECEIPTED

_____    _____  _____

GOVERNOR  
MARY FALLIN

INSURANCE COMMISSIONER  
JOHN D. DOAK



# INSURANCE COMMISSIONER
## State of Oklahoma

September 22, 2014

NORTH STAR MUTUAL  
INSURANCE COMPANY  
P.O. BOX 48  
COTTONWOOD      MN  56229

RE: CJ2014113  
    In the District Court in LOGAN  
    State of Oklahoma  
    SUPERMART #7  
        vs  
    NORTH STAR MUTUAL  
    INSURANCE COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons  
served on the Insurance Commissioner as designated agent  
for service of process of foreign insurance companies doing  
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

JOHN DOAK  
Insurance Commissioner

*Maria Torres* (signature)

Maria Torres            Legal Department

dp/enclosure

            BARON GARCIA/OKLA. GEN. AGENCY  
            BOX 54017/6051 N BROOKLINE #132  
            OKLAHOMA CITY   OK   73154